February 17, 2015

Court of Criminal Appeals
P.O. Box 12308
Austin, Tx. 78711

Re: Appellate Case Number 11-11-00314-CR
    Trial Court Case Number 17837-B
    Sonny De La Cruz v. State

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

Dear Clerk,

    I am writing to ask if you received my Petition for Discreationary Review, It was filed in this Court on December 2, 2013.
    As of this date I have not heard anything from this Court or my attorney, Could you Please send me a Copy of my Docket sheet.
    Your time and Consideration is greatly appreciated. Thank You.

                                    Sinceley,

                                    Sonny De La Cruz

                                    Sonny De La Cruz
                                    TDCJ No. 1754055
                                    3060 FM 3514
                                    Beaumont, Tx. 77705

CC:
    S. De La Cruz/File